<u>Errata</u>

*Meridian Products, LLC v. United States*, Ct. No. 13-00018, Slip Op. 15-67, decided June 23, 2015:

      Page 5, line 3, insert "II.  *Discussion*" and a double-line break before  "A.  Request for Reconsideration:"